DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
JILLIAN R. HARVEY (SBN 319711)
jharvey@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorney for Defendants
JENNIFER KREITZ; RHONDA DUGGAN; BOB GARDNER; JOHN PETERS; STACY CORLESS; and THOMAS BOO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ABSHIRE; TIMOTHY ABSHIRE; ALAN BUTTS; MONICA BUTTS; NOMADNESS CORPORATION, a California corporation; and THE MAMMOTH LAKES BUSINESS COALITION, an unincorporated membership association,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his capacity as Governor of the State of California; XAVIER BECERRA, in his capacity as California Attorney General; MARK GHALLY, in his capacity as the Health and Human Services Director for the State of California; TOMAS ARAGON, in his capacities as Director of the California State Department of Health and as State Public Health Officer for the State of California; JENNIFER KREITZ, in her capacity as the Chair of the Board of Supervisors of Mono County, California; RHONDA DUGGAN, in her capacity as a Member of the Board of Supervisors of Mono County, California; BOB GARDNER, in his capacity as a member of the Board of Supervisors of Mono County, California; JOHN PETERS, in his capacity as a member of the Board of Supervisors of Mono County, California; STACY CORLESS, in her capacity as a member of the Board of Supervisors of Mono County, California; THOMAS BOO, in his capacities as Public Health Officer for Mono County and the Town | Case No. 2:21-cv-00198-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED ON PENDING MOTIONS TO DISMISS** |

of Mammoth Lakes, California; ROB PATTERSON, in his capacity as a Finance Director of the Town of Mammoth Lakes, California; BEN MANNING, in his capacity as a Revenue Specialist of the Town of Mammoth Lakes, California; KIM GETCHELL, in her capacity as a Revenue Specialist of the Town of Mammoth Lakes, California; JENNA DUNCAN, in her capacity as a revenue Specialist of the Town of Mammoth lakes, California; DANIEL HOLLER, in his capacity as Town Manager of the Town of Mammoth Lakes; BILL SAUSER, in his capacity as a mayor of the town of Mammoth Lakes, California; LYNDA SALCIDO, in her capacity as a Mayor Pro Tem of the Town of Mammoth lakes, California, JOHN WENTWORTH, in his capacity as a Member of the Town Council of the Town of Mammoth Lakes, California; KIRK STAPP, in his capacity as a member of the Town Council of the Town of Mammoth Lakes, California; SARAH REA, in her capacity as a Member of the Town Council of the town of Mammoth Lakes, California; and DOES 1-10 inclusive,

Defendants.

WHEREAS, Plaintiffs filed the operative complaint with the Court on February 1, 2021, (Dkt. 1);

WHEREAS, Defendants filed motions to dismiss Plaintiffs' complaint on March 23, 2021 (Dkt. 15, 17, 18);

WHEREAS, Defendants' motions to dismiss are set for hearing on May 18, 2021;

WHEREAS, pursuant to this Court's Order Requiring Service of Process and Joint Status Report (Dkt. 5), the parties understand the current deadline to submit a Rule 26(f) joint status report is April 13, 2021;

WHEREAS, the parties' interests in minimizing discovery costs while the pleadings are not set, as well as judicial economy, are served by delaying the Rule 26(f) joint status report and all related requirements until fourteen (14) days after Defendants file their answers.

NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:

4823-4168-8805

1. That counsel of record have authority to enter this Stipulation on behalf of their respective clients;

2. That the parties request the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report and all related requirements until fourteen (14) days after Defendants file their answers; and

3. The parties agree that any discovery in this matter shall not be served until a scheduling order or other similar order is issued following the parties' submittal of the Rule 26(f) joint status report and incorporated discovery plan.

**IT IS SO STIPULATED.**

DATED: April 9, 2021                        SELMAN BREITMAN LLP

By: */s/ Danielle K. Lewis*
DANIELLE K. LEWIS
Attorney for Defendants
JENNIFER KREITZ; RHONDA DUGGAN; BOB GARDNER; JOHN PETERS; STACY CORLESS; and THOMAS BOO

DATED: April ___, 2021                      BAILEY & ROMERO

By: _____
STEVEN C. BAILEY
MARTHA E. ROMERO
Attorneys for Plaintiffs
CINDY ABSHIRE; TIMOTHY ABSHIRE; ALAN BUTTS; MONICA BUTTS; NOMADNESS CORPORATION; and THE MAMMOTH LAKES BUSINESS COALITION

3
STIPULATION AND ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED ON PENDING MOTIONS TO DISMISS
2:21-cv-00198-JAM-KJN

4823-4168-8805

1.    That counsel of record have authority to enter this Stipulation on behalf of their respective clients;

2.    That the parties request the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report and all related requirements until fourteen (14) days after Defendants file their answers; and

3.    The parties agree that any discovery in this matter shall not be served until a scheduling order or other similar order is issued following the parties' submittal of the Rule 26(f) joint status report and incorporated discovery plan.

**IT IS SO STIPULATED.**

DATED: April 9, 2021    SELMAN BREITMAN LLP

By: _____
DANIELLE K. LEWIS
Attorney for Defendants
JENNIFER KREITZ; RHONDA DUGGAN; BOB GARDNER; JOHN PETERS; STACY CORLESS; and THOMAS BOO

DATED: April ___, 2021    BAILEY & ROMERO

By: *Steven C. Bailey*
STEVEN C. BAILEY
MARTHA E. ROMERO
Attorneys for Plaintiffs
CINDY ABSHIRE; TIMOTHY ABSHIRE; ALAN BUTTS; MONICA BUTTS; NOMADNESS CORPORATION; and THE MAMMOTH LAKES BUSINESS COALITION

4823-4168-8805

| | |
|---|---|
| DATED:  April 9, 2021 | MATTHEW RODRIGUEZ<br>Acting Attorney General of California<br>JON S. ALLIN<br>Supervising Deputy Attorney General<br><br>By:   */Jon S. Allin*<br>        JON S. ALLIN<br>        Supervising Deputy Attorney General<br>        ANTHONY J. TARTAGLIO<br>        Deputy Attorney General<br>        Attorneys for Defendants<br>        Gavin Newsom, Xavier Becerra, Mark Ghaly, and Tomás Aragón (in their official capacities) |
| DATED:  April 9, 2021 | MEYERS NAVE<br><br>By:   */s/ Deborah Fox*<br>        DEBORAH FOX<br>        MATTHEW NAZARETH<br>        Attorney for Defendants<br>        DANIEL HOLLER; ROB PATTERSON; BEN MANNING; KIM GETCHELL; JENNA DUNCAN; BILL SAUSER; LYNDA SALCIDO; JOHN WENTWORTH; KIRK STAPP; and SARAH REA |

**FILER'S ATTESTATION**

I, Danielle K. Lewis, hereby attest that all other signatories listed herein concur in the filing's content and have authorized the filing.

DATED:  April 13, 2021

                                                                         */s/ Danielle K. Lewis*
                                                                         DANIELLE K. LEWIS

## **ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline to file a Rule 26(f) joint status report, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for the parties to prepare and submit a Rule 26(f) joint status report be extended until fourteen (14) days after Defendants file their answers, and that neither party shall serve discovery until a scheduling order or other similar order issues pursuant to such joint status report and discovery plan.

DATED: April 13, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6
STIPULATION AND ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED ON PENDING MOTIONS TO DISMISS
2:21-cv-00198-JAM-KJN

4823-4168-8805